IRVING GREENSPAN, ET AL., PETITIONERS, v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL, ET ALS., RESPONDENTS.

See same case below: 23 *N. J. Super.* 567.

*Mr. Raymond Chasan* for the petitioners.

*Mr. Theodore D. Parsons, Mr. Samuel B. Helfand, Mr. Samuel Moskowitz, Mr. Sidney Simandl* and *Mr. Harry Krieger* for the respondents.

March 9, 1953.  Granted.

GOTTHARD J. ZURCHER, ET ALS., PLAINTIFFS-RESPONDENTS, v. MODERN PLASTIC MACHINERY CORP., DEFENDANT-PETITIONER.

See same case below:  24 *N. J. Super.* 158.

*Messrs. Brenman & Susser* and *Mr. Ervan F. Kushner* for the petitioner.

*Messrs. Freeman, Buttermore & Freeman, Mr. Peter Hofstra, Mr. John A. Masiello* and *Mr. A. Leo Bohl* for the respondents.

March 16, 1953.  Granted.